■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HERRON, Appellant. [637 NYS2d 306] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mackston, J.), rendered February 22, 1995, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Thompson, J. P., Sullivan, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENESI LEDESMA, Appellant. [636 NYS2d 1022] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Demakos, J.), rendered July 23, 1992, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was not deprived of the effective assistance of counsel (*see, People v Baldi*, 54 NY2d 137; *People v Israel*, 148 AD2d 637, 638, *affd* 75 NY2d 972).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit (*see, People v Ellis*, 162 AD2d 701). Bracken, J. P., Balletta, Rosenblatt and Altman, JJ., concur.